BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

AMBER ROSEN (CABN 160380)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Amber.rosen@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-MJ-70739 - MAG |
| Plaintiff, | UNITED STATES' MOTION TO DISMISS COMPLAINT AND ORDER |
| v. | |
| OSCAR ESCOBAR-ESCALANTE, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the Complaint without prejudice in the above-referenced case and asks that the arrest warrant be recalled.

DATED: October 23, 2017                                              Respectfully submitted,

                                                                                            BRIAN J. STRETCH
                                                                                             United States Attorney

                                                                                             \s\
                                                                                             AMBER ROSEN
                                                                                             Assistant United States Attorney

MOTION FOR DISMISSAL (CR 05-70739)

IT IS HEREBY ORDERED that Complaint CR 05-70739 is dismissed and that the arrest warrant for Oscar Escobar-Escalante is hereby recalled.

Date: 10/23/2017

*Susan van Keulen* (signature)
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge